1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11  DAVID BOYD dba A.M.E. LLC/LLP,  )   NO. CV 12-406-MMM (AGR)
12                Plaintiff,        )
13          v.                      )
14  LOS ANGELES COUNTY              )   ORDER RE DISMISSAL
15  SHERIFF'S DEPARTMENT,           )
16                ~~Defendant.~~    )
17                                  )

18
19      On January 17, 2012, Plaintiff filed a complaint against sole defendant Los
20  Angeles County Sheriff's Department pursuant in part to 42 U.S.C. § 1983. On
21  February 8, 2012, the County of Los Angeles filed a motion to dismiss.
22      On March 5, 2012, Plaintiff filed a document entitled "Plaintiff's Notice of
23  Support for Defendants Motion to Dismiss the Complaint with Prejudice Due to
24  Clerical Error" ("Motion"), in which he asks the Court to "dismiss the Complaint for
25  lack of standing, and in support of the Defendant, save for cost." (Motion at 2.)
26  On March 6, 2012, the County stipulated to dismissal of the complaint with
27  prejudice.
28

Pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED with prejudice. Each party shall bear its own attorney fees and costs.

DATED: March 14, 2012

*Margaret M. Morrow*
MARGARET M. MORROW
United States District Judge